**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DAVID LEE BRADSHAW**,

Plaintiff,

v.                                                         Case No.  1:22-CV-00139-MIS-LF

**MANAGEMENT AND TRAINING CORPORATION**,
a foreign corporation doing business in New Mexico, *et al*.,

<u>**MTC DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**</u>

Management & Training Corporation ("MTC") and Warden R. Martinez (collectively "MTC Defendants"), by and through their attorneys, Sutin, Thayer & Browne A Professional Corporation (Christina Muscarella Gooch) hereby Answer Plaintiff's Complaint for Civil Rights Violations, Negligence, and Other Tortious Conduct (the "Complaint") [Doc. 1] as follows:

<u>**PARTIES**</u>

1.      In response to the allegations contained in Paragraph 1 of the Complaint, MTC Defendants admit that Plaintiff is a former law enforcement officer and former corrections officer was also an inmate of the New Mexico Corrections Department and housed at Otero County Prison Facility (OPCF).  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 1 and, therefore, deny the same.

2.      MTC Defendants admit the allegations contained in paragraph 2 but affirmatively state that operations of other prisons or facilities are immaterial to the claims at issue in this case that do not involve other states, types of inmates, or detainees.

3.      Paragraph 3 contains a legal conclusion to which no response is required. To the extent a response is required, MTC Defendants deny the allegations in Paragraph 3 of the Complaint.

1

4.    Paragraph 4 contains legal conclusions to which no response is required.  To the extent a response is required, MTC Defendants admit that MTC operates OCPF but deny the remaining allegations in Paragraph 2 of the Complaint.

5.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 5 and, therefore, deny the same.

6.    Paragraph 6 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 6 and, therefore, deny the same.

7.    Paragraph 7 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 7 and, therefore, deny the same.

8.    Paragraph 8 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 8 and, therefore, deny the same.

9.    Paragraph 9 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 9 and, therefore, deny the same.

10.    Paragraph 10 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 10 and, therefore, deny the same.

11.    Paragraph 11 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 11 and, therefore, deny the same.

12.    Paragraph 12 contains a legal conclusion to which no response is required.  To the extent a response is required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 12 and, therefore, deny the same.

### JURISDICTION, VENUE, AND NOTICE

13.    Paragraph 13 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants admit the Court has original jurisdiction but deny that Plaintiff's rights have been violated.

14.    Paragraph 14 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants admit the Court has discretion to exercise supplemental jurisdiction but deny that Plaintiff's rights have been violated.

15.    Paragraph 15 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 15.

16.    Paragraph 16 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 16 and, therefore, deny the same.

### FACTUAL BASIS FOR THIS LAWSUIT

17.    In response to Paragraph 17 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

18.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 18 and, therefore, deny the same.

19.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 19 and, therefore, deny the same.

20.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 20 and, therefore, deny the same.

21. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 21 and, therefore, deny the same.

22. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 22 and, therefore, deny the same.

23. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 23 and, therefore, deny the same.

24. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 24 and, therefore, deny the same.

25. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 25 and, therefore, deny the same.

26. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 26 and, therefore, deny the same.

27. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 27 and, therefore, deny the same.

28. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 28 and, therefore, deny the same.

29. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 29 and, therefore, deny the same.

30. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 30 and, therefore, deny the same.

31. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 31 and, therefore, deny the same.

32.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 32 and, therefore, deny the same.

33.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 33 and, therefore, deny the same.

34.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 34 and, therefore, deny the same.

35.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 35 and, therefore, deny the same.

36.    In response to the allegations contained in Paragraph 36 of the Complaint, MTC Defendants deny that there are any classification defects.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 36 and, therefore, deny the same.

37.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 37 and, therefore, deny the same.

38.    MTC Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39.    MTC Defendants admit that Plaintiff was transferred to the OCPF on or about December 5, 2019. MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 39 and, therefore, deny the same.

40.    In response to the allegations contained in Paragraph 40 of the Complaint, MTC Defendants admit that MTC classifies inmates in accordance with various custody levels promulgated by NMCD, and MTC Defendants further admit that Plaintiff was classified as a Level II inmate.  MTC Defendants deny the remaining allegations contained in Paragraph 40 of the Complaint.

41.     In response to the allegations contained in Paragraph 41 of the Complaint, MTC Defendants admit that Plaintiff was a former law enforcement officer. MTC Defendants deny the remaining allegations contained in Paragraph 41 of the Complaint.

42.     In response to the allegations contained in Paragraph 42 of the Complaint, MTC Defendants admit that Plaintiff was housed in Unit S2 during portions of his incarceration at OCPF.  MTC Defendants deny the remaining allegations contained in Paragraph 42 of the Complaint.

43.     MTC Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.     In response to the allegations contained in Paragraph 44 of the Complaint, MTC Defendants admit that Warden Martinez reviewed staffing documents. MTC Defendants deny the remaining allegations contained in Paragraph 44 of the Complaint.

45.     MTC Defendants deny the allegations contained in Paragraph 45.

46.     MTC Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47.     MTC Defendants admit that Warden Martinez reviewed employment documents of OCPF employees. MTC Defendants deny the remaining allegations contained in Paragraph 47.

48.     MTC Defendants deny the allegations contained in Paragraph 48 of the Complaint.

49.     MTC Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 50 and, therefore, deny the same.

51.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 51 and, therefore, deny the same.

52.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 52 and, therefore, deny the same.

6

53.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 53 and, therefore, deny the same.

54.    MTC Defendants deny the allegations contained in Paragraph 54 of the Complaint.

55.    MTC Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56.    MTC Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 57 and, therefore, deny the same.

58.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 58 and, therefore, deny the same.

59.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 59 and, therefore, deny the same.

60.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 60 and, therefore, deny the same.

61.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 61 and, therefore, deny the same.

62.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 62 and, therefore, deny the same.

63.    MTC Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 64 and, therefore, deny the same.

65.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 65 and, therefore, deny the same.

66.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 66 and, therefore, deny the same.

67.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 67 and, therefore, deny the same.

68.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 68 and, therefore, deny the same.

69.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 69 and, therefore, deny the same.

70.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 70 and, therefore, deny the same.

71.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 71 and, therefore, deny the same.

72.     In response to the allegations contained in Paragraph 72 of the Complaint, MTC Defendants admit that Plaintiff enrolled in two programs at OCPF.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 72 and, therefore, deny the same.

73.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 73 and, therefore, deny the same.

74.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 74 and, therefore, deny the same.

75.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 75 and, therefore, deny the same.

76.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 76 and, therefore, deny the same.

77.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 77 and, therefore, deny the same.

78.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 78 and, therefore, deny the same.

79.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 79 and, therefore, deny the same.

80.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 80 and, therefore, deny the same.

81.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 81 and, therefore, deny the same.

82.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 82 and, therefore, deny the same.

83.     MTC Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 84 and, therefore, deny the same.

85.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 85 and, therefore, deny the same.

86.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 86 and, therefore, deny the same.

87.     MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 87 and, therefore, deny the same.

88. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 88 and, therefore, deny the same.

89. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 89 and, therefore, deny the same.

90. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 90 and, therefore, deny the same.

91. MTC Defendants the allegations contained in Paragraph 91 of the Complaint.

92. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 92 and, therefore, deny the same.

93. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 93 and, therefore, deny the same.

94. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 94 and, therefore, deny the same.

95. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 95 and, therefore, deny the same.

96. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 96 and, therefore, deny the same.

97. MTC Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 98 and, therefore, deny the same.

99. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 99 and, therefore, deny the same.

100.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 100 and, therefore, deny the same.

101.    In response to the allegations contained in Paragraph 101 of the Complaint, MTC Defendants admit that there was a physical confrontation between Plaintiff and Mr. Padilla and that Plaintiff's injuries required medical care, but deny the remaining allegations contained in Paragraph 101 of the Complaint.

102.    In response to the allegations contained in Paragraph 102 of the Complaint, MTC Defendants admit that there was a physical confrontation between Plaintiff and Mr. Padilla, but deny the remaining allegations contained in Paragraph 102 of the Complaint.

103.    In response to the allegations contained in Paragraph 103 of the Complaint, MTC Defendants admit that Plaintiff's injuries required medical care, but are without sufficient knowledge to admit or deny the remaining allegations contained in Paragraph 103, and therefore deny them.

104.    MTC Defendants deny the allegations contained in Paragraph 104 of the Complaint.

105.    In response to the allegations contained in Paragraph 105 of the Complaint, MTC Defendants admit that a corrections officer entered Unit S2 at or around the time of the altercation between Plaintiff and Mr. Padilla, but deny the remaining allegations contained in Paragraph 105 of the Complaint.

106.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 106 and, therefore, deny the same.

107.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 107 and, therefore, deny the same.

11

108.    In response to the allegations contained in Paragraph 108 of the Complaint, MTC Defendants admit that Plaintiff was seen by a medical professional who recommended he be sent for further medical treatment and that Plaintiff received that recommended medical treatment but are without sufficient information to admit or deny the remaining allegations contained in Paragraph 108 and, therefore, deny them.

109.    MTC Defendants deny the allegations contained in Paragraph 109 of the Complaint.

110.    MTC Defendants deny the allegations contained in Paragraph 110 of the Complaint.

111.    MTC Defendants deny the allegations contained in Paragraph 111 of the Complaint.

112.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 112 and, therefore, deny the same.

113.    In response to the allegations contained in Paragraph 113 of the Complaint, MTC Defendants admit that Plaintiff was transported to an emergency room but deny the remaining allegations contained in Paragraph 113 of the Complaint.

114.    In response to the allegations contained in Paragraph 114 of the Complaint, MTC Defendants admit that Plaintiff received medical treatment for his injuries and that those medical records speak for themselves.  MTC Defendants deny any allegations contained in Paragraph 114 that vary from the content of Plaintiff's applicable medical records.

115.    In response to the allegations contained in Paragraph 115 of the Complaint, MTC Defendants admit that Plaintiff received medical treatment for his injuries and that those medical

records speak for themselves.  MTC Defendants deny any allegations contained in Paragraph 115 that vary from the content of Plaintiff's applicable medical records.

116.    In response to the allegations contained in Paragraph 116 of the Complaint, MTC Defendants admit that Plaintiff received medical treatment for his injuries and that those medical records speak for themselves.  MTC Defendants deny any allegations contained in Paragraph 116 that vary from the content of Plaintiff's applicable medical records.

117.    MTC Defendants admit the allegations contained in Paragraph 117 of the Complaint.

118.    In response to the allegations contained in Paragraph 118 of the Complaint, MTC Defendants admit that Plaintiff provided a sworn statement indicating he wanted to press charges against Mr. Padilla.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 118 and, therefore, deny the same.

119.    MTC Defendants deny the allegations contained in Paragraph 119 of the Complaint.

120.    In response to the allegations contained in Paragraph 120 of the Complaint, MTC Defendants deny that a false report occurred.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 120 and, therefore, deny the same.

121.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 121 and, therefore, deny the same.

122.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 122 and, therefore, deny the same.

123.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 123 and, therefore, deny the same.

124.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 124 and, therefore, deny the same.

125.    In response to the allegations contained in Paragraph 125 of the Complaint, MTC Defendants admit that Plaintiff was transferred from OCPF on March 5, 2020.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 125 and, therefore, deny the same.

126.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 126 and, therefore, deny the same.

127.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 127 and, therefore, deny the same.

128.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 128 and, therefore, deny the same.

129.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 129 and, therefore, deny the same.

130.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 130 and, therefore, deny the same.

131.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 131 and, therefore, deny the same.

132.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 132 and, therefore, deny the same.

133.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 133 and, therefore, deny the same.

134.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 134 and, therefore, deny the same.

135.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 135 and, therefore, deny the same.

136.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 136 and, therefore, deny the same.

137.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 137 and, therefore, deny the same.

138.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 138 and, therefore, deny the same.

139.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 139 and, therefore, deny the same.

140.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 140 and, therefore, deny the same.

141.    In response to the allegations contained in Paragraph 141 of the Complaint, MTC Defendants deny that any false charges were filed.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 141 and, therefore, deny the same.

142.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 142 and, therefore, deny the same.

143.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 143 and, therefore, deny the same.

144.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 144 and, therefore, deny the same.

145.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 145 and, therefore, deny the same.

146.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 146 and, therefore, deny the same.

147.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 147 and, therefore, deny the same.

148.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 148 and, therefore, deny the same.

149.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 149 and, therefore, deny the same.

150.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 150 and, therefore, deny the same.

151.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 151 and, therefore, deny the same.

152.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 152 and, therefore, deny the same.

153.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 153 and, therefore, deny the same.

154. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 154 and, therefore, deny the same.

155. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 155 and, therefore, deny the same.

156. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 156 and, therefore, deny the same.

157. MTC Defendants deny the allegations contained in Paragraph 157 of the Complaint.

158. In response to the allegations contained in Paragraph 158 of the Complaint, MTC Defendants admit that they received notice of Plaintiff's claims but are without sufficient information to admit or deny the remaining allegations contained in Paragraph 158 and, therefore, deny the same.

159. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 159 and, therefore, deny the same.

160. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 160 and, therefore, deny the same.

161. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 161 and, therefore, deny the same.

162. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 162 and, therefore, deny the same.

163. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 163 and, therefore, deny the same.

164. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 164 and, therefore, deny the same.

165. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 165 and, therefore, deny the same.

166. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 166 and, therefore, deny the same.

167. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 167 and, therefore, deny the same.

168. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 168 and, therefore, deny the same.

169. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 169 and, therefore, deny the same.

170. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 170 and, therefore, deny the same.

171. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 171 and, therefore, deny the same.

172. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 172 and, therefore, deny the same.

173. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 173 and, therefore, deny the same.

174. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 174 and, therefore, deny the same.

175. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 175 and, therefore, deny the same.

176. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 176 and, therefore, deny the same.

177. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 177 and, therefore, deny the same.

178. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 178 and, therefore, deny the same.

179. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 179 and, therefore, deny the same.

180. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 180 and, therefore, deny the same.

181. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 181 and, therefore, deny the same.

182. Paragraph 182 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 182 of the Complaint.

183. MTC Defendants deny the allegations contained in Paragraph 183 of the Complaint.

184. MTC Defendants deny the allegations contained in Paragraph 184 of the Complaint.

185. In response to the allegations contained in Paragraph 185 of the Complaint, MTC Defendants admit that a lawsuit was filed by Mr. Trujillo, and that the referenced pleadings speak

for themselves, but affirmatively state that the referenced lawsuit is immaterial and irrelevant to the claims at issue in this case.  MTC Defendants deny any remaining allegations contained in this paragraph.

186.    Paragraph 186 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that Mr. Delgadillo was charged with violating the law and that those records speak for themselves. MTC Defendants otherwise deny the remaining allegations contained in the paragraph.

187.    Paragraph 187 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the referenced video footage speaks for itself and MTC Defendants otherwise deny the allegations contained in the paragraph.

188.    Paragraph 188 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the written record of any statement(s) made to any investigators speak for themselves.  MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in the paragraph.

189.    Paragraph 189 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without sufficient information to admit or deny the allegations contained in this paragraph.

190.    Paragraph 190 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit a lawsuit was filed but deny the remaining allegations contained in Paragraph 190 of the Complaint.

191.    Paragraph 191 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit a lawsuit was filed, the pleadings speak for themselves, and deny any allegations contained in Paragraph 191 that vary from the referenced pleadings.

192.    Paragraph 192 contains allegations that are immaterial and irrelevant to the claims at issue in this case. MTC Defendants deny the allegations contained in Paragraph 191 of the Complaint.

193.    Paragraph 193 contains allegations that are immaterial and irrelevant to the claims at issue in this case. Paragraph 193 also contains legal conclusions to which no responses are required. To the extent any responses are required, and/or MTC Defendants must answer, MTC Defendants state that the referenced case speaks for itself and deny any representations about that case the vary from the case's actual holding.

194.    Paragraph 194 contains allegations that are immaterial and irrelevant to the claims at issue in this case.  To the extent MTC Defendants must answer, MTC Defendants admit or deny the allegations contained in Paragraph 194 of the Complaint.

195.    Paragraph 195 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that an IPRA response was provided but deny the remaining allegations contained in allegations contained in Paragraph 195 of the Complaint.

196.    Paragraph 196 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants MTC Defendants are without sufficient information to admit or deny the allegations contained in this paragraph.

197.    Paragraph 197 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced records speak for themselves and that they deny any allegations contrary to those referenced documents.

198.    Paragraph 198 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that the referenced statute was enacted by deny the remaining allegations contained in Paragraph 198 of the Complaint.

199.    In response to the allegations contained in Paragraph 199 of the Complaint, MTC Defendants admit a request was sent, and that the request speaks for itself.  MTC Defendants deny the allegations contained in the Paragraph that are contrary to the referenced request.

200.    In response to the allegations contained in Paragraph 200 of the Complaint, MTC Defendants admit a response was provided and state that it speaks for itself.  MTC Defendants deny the allegations contained in Paragraph 200 that are contrary to the terms of the referenced response.

201.    Paragraph 201 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in the paragraph.

202.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 202 and, therefore, deny same.

203.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 203 and, therefore, deny same.

204.    In response to the allegations contained in Paragraph 204 of the Complaint, MTC Defendants state the requested records are the property of NMCD and, upon information and belief, have been provided to Plaintiff.  MTC Defendants deny the remaining allegations contained in this paragraph.

205.    MTC Defendants deny the allegations contained in Paragraph 205 of the Complaint.

206.    MTC Defendants deny the allegations contained in Paragraph 206 of the Complaint.

207.    Paragraph 207 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit MTC ran the Santa Fe County Detention Center but deny the remaining allegations contained in this paragraph.

208.    Paragraph 208 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and deny any allegations contrary to the terms of the referenced report.

209.    Paragraph 209 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and deny any allegations contrary to the terms of the referenced report.

210.    Paragraph 210 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the

referenced report speaks for itself and deny any allegations contrary to the terms of the referenced report.

211. Paragraph 211 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and deny any allegations contrary to the terms of the referenced report.

212. Paragraph 212 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in this paragraph.

213. Paragraph 213 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that a lawsuit was filed and confidentially resolved, and they deny any remaining allegations in this paragraph.

214. MTC Defendants deny the allegations contained in Paragraph 214 of the Complaint.

215. Paragraph 215 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in this paragraph.

216. Paragraph 216 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in this paragraph.

217. Paragraph 217 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in this paragraph.

218. Paragraph 218 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without sufficient information to admit or deny the allegations contained in this paragraph.

219. Paragraph 219 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without sufficient information to admit or deny the allegations contained in the paragraph.

220. Paragraph 220 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that it has been contracted by Otero County to run the Otero County Processing Center on behalf of ICE since 2008, but deny the remaining allegations contained in this paragraph.

221. Paragraph 221 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in this paragraph.

222. Paragraph 222 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit a report was published but deny it was accurate, fair or accurately documented the ICE inspections or the conditions at OCPC. MTC Defendants deny the remaining allegations contained in this paragraph.

223. Paragraph 223 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that WCCC was built using government-issued bonds, that contracts were entered pursuant to which

federal detainees were housed at the facility, that MTC was contracted to run the facility, and that revenues were used to pay off the bonds.  MTC Defendants deny the remaining allegations contained in this paragraph.

224.    Paragraph 224 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that the WCCC facility included Kevlar dome structures that housed inmates, that there was a riot, that the structures were compromised and damaged in the course of the riot, and that the facility was closed as a result of the riot.  MTC Defendants deny the remaining allegations contained in the paragraph.

225.    Paragraph 225 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced document speaks for itself and deny any allegations contained in this paragraph that vary from that document.

226.    Paragraph 226 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants the allegations contained in the paragraph.

227.    Paragraph 227 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that the referenced bonds were downgraded after MTC's contract to operate the facility was cancelled, but as to the other allegations in this paragraph, MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in this paragraph.

228.    Paragraph 228 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that the county filed a lawsuit against MTC, that MTC acquired the facility from Willacy County, and that

Trump took office in 2017.  MTC Defendants deny the remaining allegations contained in the paragraph.

229.    Paragraph 229 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the court documents related to the alleged sentencing speak for themselves.  MTC Defendants deny the remaining allegations contained in the paragraph.

230.    Paragraph 230 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that inmates escaped from Kingman, which MTC operated at the time but deny the remaining allegations contained in the paragraph.

231.    Paragraph 231 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in the paragraph.

232.    Paragraph 232 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without sufficient information to admit or deny the allegations contained in this paragraph.

233.    Paragraph 233 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that ADOC conducted an investigation following the escape but deny the remaining allegations contained in the paragraph.

234.    Paragraph 234 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in the paragraph.

235.    Paragraph 235 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that a couple was allegedly killed by the two escaped inmates, the referenced lawsuit was filed and that those records speak for themselves.  MTC Defendants deny the remaining allegations contained in this paragraph.

236.    Paragraph 236 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit the allegations contained in this paragraph.

237.    Paragraph 237 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the reference letter speaks for itself and otherwise deny the allegations contained in this paragraph.

238.    Paragraph 238 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the referenced Arizona Republic article speaks for itself and otherwise deny the allegations contained in this paragraph.

239.    Paragraph 239 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that Early died, the autopsy report speaks for itself and otherwise deny the allegations contained in the paragraph.

240.    Paragraph 240 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that a riot occurred at the Kingman facility and that inmates were moved to other facilities but otherwise deny the allegations contained in the paragraph.

241. Paragraph 241 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that MTC transferred operation of the Kingman facility to another operator and otherwise deny the allegations contained in the paragraph.

242. Paragraph 242 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and otherwise deny the allegations contained in the paragraph.

243. Paragraph 243 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and otherwise deny the allegations contained in the paragraph.

244. Paragraph 244 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and otherwise deny the allegations contained in the paragraph.

245. Paragraph 245 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced report speaks for itself and otherwise deny the allegations contained in the paragraph.

246. Paragraph 246 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the referenced report speaks for itself and deny any allegations that are contrary to the report.

247. Paragraph 247 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that the referenced lawsuit was filed, assert that the pleadings filed in that lawsuit speak for themselves, and otherwise deny any wrongdoing.

248.    Paragraph 248 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants assert that quoted email speaks for itself and otherwise deny the allegations in the paragraph.  MTC Defendants affirmatively state that all claims in the class action were dismissed in MTC's favor following trial.

249.    Paragraph 249 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants deny the allegations contained in the paragraph.

250.    Paragraph 250 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that Epps was indicated but deny that his arrest had anything to do with the class action lawsuit or the allegations asserted therein and deny the remaining allegations contained in the paragraph.

251.    Paragraph 251 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state the Epps indictment speaks for itself and otherwise deny the allegations contained in the paragraph.

252.    Paragraph 252 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that MTC worked with McCrory but otherwise deny the remaining allegations contained in the paragraph.

253.    Paragraph 253 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that Epps signed MTC's operating contracts for various MDOC facilities in his capacity as

Commissioner and that one such contract related to East Mississippi, but otherwise deny the allegations contained in the paragraph.

254.    Paragraph 254 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that MTC retained McCrory, who also knew Epps, and paid him a monthly fee.  MTC Defendants otherwise deny the remaining allegations contained in the paragraph.

255.    Paragraph 255 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that Epps entered a guilty plea and is serving time in federal prison. MTC Defendants are without sufficient information to admit or deny the remaining allegations contained in the paragraph and, therefore, deny same.

256.    Paragraph 256 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that other indictments were filed but are without sufficient information to admit or deny the remaining allegations contained in the paragraph and, therefore, deny same.

257.    Paragraph 257 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants assert that Hood's lawsuit and statements speak for themselves, admit that MTC was named in a civil suit brought by Mr. Hood, and admit that MTC settled the lawsuit without admitting liability.  MTC Defendants deny the remaining allegations contained in the paragraph.

258.    Paragraph 258 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without

sufficient information to admit or deny the allegations contained in the paragraph and, therefore, deny same.

259. Paragraph 259 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants state that the referenced ruling in class action speaks for itself but otherwise deny the remaining allegations contained in the paragraph. MTC Defendants note that despite the quote allegedly attributed to the Judge, the Judge ruled in MTC's favor on all claims brought in the class action, dismissing all claims, and that said dismissal was affirmed in its entirety by the Fifth Circuit Court of Appeals.

260. MTC Defendants admit the allegations contained in Paragraph 260 of the Complaint.

261. Paragraph 261 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that OCPC was constructed but are without sufficient information to admit or deny the remaining allegations contained in Paragraph 261 and, therefore, deny the same.

262. MTC Defendants admit or deny the allegations contained in Paragraph 262 of the Complaint.

263. Paragraph 263 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, admit or deny the allegations contained in Paragraph 263 of the Complaint.

264. MTC Defendants deny the allegations contained in Paragraph 264 of the Complaint.

265. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 265 and, therefore, deny the same.

266.    MTC Defendants deny the allegations contained in Paragraph 266 of the Complaint.

267.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 267 and, therefore, deny the same.

268.    MTC Defendants deny the allegations contained in Paragraph 268 of the Complaint.

269.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 269 and, therefore, deny the same.

270.    In response to the allegations contained in Paragraph 270 of the Complaint, MTC Defendants admit MTC has operated OCPF since 2003 but deny the remaining allegations contained in Paragraph 270 of the Complaint.

271.    MTC Defendants deny the allegations contained in Paragraph 271 of the Complaint.

272.    MTC Defendants deny the allegations contained in Paragraph 272 of the Complaint.

273.    Paragraph 273 contains allegations that are immaterial and irrelevant to the claims at issue in this case.  To the extent MTC Defendants must respond, MTC Defendants deny the allegations contained in Paragraph 273 of the Complaint.

274.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 274 and, therefore, deny the same.

275.    MTC Defendants deny the allegations contained in Paragraph 275 of the Complaint.

276. MTC Defendants deny the allegations contained in Paragraph 276 of the Complaint.

277. MTC Defendants deny the allegations contained in Paragraph 277 of the Complaint.

278. MTC Defendants deny the allegations contained in Paragraph 278 of the Complaint.

279. MTC Defendants deny the allegations contained in Paragraph 279 of the Complaint.

280. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 280 and, therefore, deny the same.

281. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 281 and, therefore, deny the same.

282. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 282 and, therefore, deny the same.

283. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 283 and, therefore, deny the same.

284. Paragraph 284 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must respond, MTC Defendants deny the allegations contained in Paragraph 284 of the Complaint.

285. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 285 and, therefore, deny the same.

286. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 286 and, therefore, deny the same.

287. MTC Defendants deny the allegations contained in Paragraph 287 of the Complaint.

288. Paragraph 288 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 288 and, therefore, deny the same.

289. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 289 and, therefore, deny the same.

290. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 290 and, therefore, deny the same.

291. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 291 and, therefore, deny the same.

292. MTC Defendants deny the allegations contained in Paragraph 292 of the Complaint.

293. MTC Defendants deny the allegations contained in Paragraph 293 of the Complaint.

294. MTC Defendants admit the allegations contained in Paragraph 294 of the Complaint.

295. Paragraph 295 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 295 and, therefore, deny the same.

296. Paragraph 296 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants are without

sufficient information to admit or deny the allegations contained in Paragraph 296 and, therefore, deny the same.

297.    MTC Defendants deny the allegations contained in Paragraph 297 of the Complaint.

298.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 298 and, therefore, deny the same.

299.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 299 and, therefore, deny the same.

300.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 300 and, therefore, deny the same.

301.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 301 and, therefore, deny the same.

302.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 302 and, therefore, deny the same.

303.    MTC Defendants deny the allegations contained in Paragraph 303 of the Complaint.

304.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 304 and, therefore, deny the same.

305.    MTC Defendants deny the allegations contained in Paragraph 305 of the Complaint.

306.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 306 and, therefore, deny the same.

307.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 307 and, therefore, deny the same.

308.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 308 and, therefore, deny the same.

309.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 309 and, therefore, deny the same.

310.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 310 and, therefore, deny the same.

311.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 311 and, therefore, deny the same.

312.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 312 and, therefore, deny the same.

313.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 313 and, therefore, deny the same.

314.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 314 and, therefore, deny the same.

315.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 315 and, therefore, deny the same.

316.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 316 and, therefore, deny the same.

317.    MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 317 and, therefore, deny the same.

318.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 318 and, therefore, deny the same.

319.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 319 and, therefore, deny the same.

320.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 320 and, therefore, deny the same.

321.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 321 and, therefore, deny the same.

322.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 322 and, therefore, deny the same.

323.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 323 and, therefore, deny the same.

324.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 324 and, therefore, deny the same.

325.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 325 and, therefore, deny the same.

326.   MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 326 and, therefore, deny the same.

327.   Paragraph 327 contains allegations that are immaterial and irrelevant to the claims at issue in this case. To the extent MTC Defendants must answer, MTC Defendants admit that MTC was named in a lawsuit brought by AG Hood but deny the remaining allegations contained in Paragraph 327.

328. MTC Defendants deny the allegations contained in Paragraph 328 of the Complaint.

329. MTC Defendants deny the allegations contained in Paragraph 329 of the Complaint.

330. MTC Defendants deny the allegations contained in Paragraph 330 of the Complaint.

331. MTC Defendants deny the allegations contained in Paragraph 331 of the Complaint.

332. MTC Defendants deny the allegations contained in Paragraph 332 of the Complaint.

333. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 333 and, therefore, deny the same.

334. MTC Defendants deny the allegations contained in Paragraph 334 of the Complaint.

335. MTC Defendants deny the allegations contained in Paragraph 335 of the Complaint.

336. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 336 and, therefore, deny the same.

337. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 337 and, therefore, deny the same.

338. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 338 and, therefore, deny the same.

339. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 339 and, therefore, deny the same.

340. MTC Defendants deny the allegations contained in Paragraph 340 of the Complaint.

341. MTC Defendants deny the allegations contained in Paragraph 341 of the Complaint.

342. MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 342 and, therefore, deny the same.

343. MTC Defendants deny the allegations contained in Paragraph 343 of the Complaint.

### COUNT I: MR. BRADSHAW'S FEDERAL CIVIL RIGHTS CLAIMS AGAINST MTC DEFENDANTS MTC, WARDEN MARTINEZ, AND JOHN DOES 1-5

344. In response to Paragraph 344 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

345. Paragraph 345 requires no response.

346. Paragraph 346 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 346.

347. Paragraph 347 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 347.

348. Paragraph 348 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 348.

349. Paragraph 349 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 349.

350. Paragraph 350 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 350.

351. MTC Defendants deny the allegations contained in Paragraph 351.

352. MTC Defendants deny the allegations contained in Paragraph 352.

353. MTC Defendants deny the allegations contained in Paragraph 353.

354. MTC Defendants deny the allegations contained in Paragraph 354.

355. MTC Defendants deny the allegations contained in Paragraph 355.

356. MTC Defendants deny the allegations contained in Paragraph 356.

357. MTC Defendants deny the allegations contained in Paragraph 357.

358. MTC Defendants deny the allegations contained in Paragraph 358.

359. MTC Defendants deny the allegations contained in Paragraph 359.

360. Paragraph 360 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 360.

361. Paragraph 361 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 361. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 361.

362. Paragraph 362 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 362. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 362.

363. Paragraph 363 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 363.

364.    Paragraph 364 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 362. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 364.

### COUNT II: MR. BRADSHAW'S STATE-LAW CLAIMS AGAINST MTC DEFENDANTS MTC, WARDEN MARTINEZ, AND JOHN DOES 1-5

365.    In response to Paragraph 365 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

366.    Paragraph 366 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 366. Plaintiff further states that the New Mexico Tort Claims Act ("NMTCA") speaks for itself.

367.    Paragraph 367 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants state that NMSA 1978, § 33-1-17 speaks for itself.

368.    Paragraph 368 requires no response.

369.    Paragraph 369 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants admit that they owe certain duties but deny that any duties have been breached.

370.    Paragraph 370 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants admit that they owe certain duties but deny that any duties have been breached.

371.    Paragraph 371 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants admit that they owe certain duties but deny that any duties have been breached..

42

372. Paragraph 372 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 372.

373. Paragraph 373 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 373.

374. MTC Defendants deny the allegation contained within Paragraph 374(A-E) of the Complaint.

375. Paragraph 375 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 375.

376. Paragraph 376 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 376.

377. Paragraph 377 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 377. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 377.

378. Paragraph 378 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 378.

379. Paragraph 379 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 379.

380. MTC Defendants deny the allegation contained within Paragraph 380(A-I) of the Complaint.

381. Paragraph 381 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 381.

382. Paragraph 382 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 382.

383. Paragraph 383 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 383. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 383.

384. Paragraph 384(A-D) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 384(A-D) to the extent the statutes differ from the Complaint. MTC Defendants further state that the statutes Plaintiff refers to in Paragraph 384(A-d) speak for themselves.

385. Paragraph 385 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 385.

386. Paragraph 386(A-C) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 386(A-C).

387. Paragraph 387 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 387.

388. Paragraph 388 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 388. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 388.

389. Paragraph 389 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 389.

44

390.    Paragraph 390 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations in Paragraph 390. MTC Defendants further deny that they are liable for damages as it relates to Plaintiff's allegations contained in Paragraph 390.

## COUNT III: MR. BRADSHAW'S STATE LAW CLAIMS AGAINST DEFENDANTS OTERO COUNTY, SHERIFF BLACK, AND JOHN DOES 6-10

391.    In response to Paragraph 365 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

392.    Paragraph 392 requires no response.

393.    Paragraph 393 requires no response.

394.    Paragraph 394 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 394 of the Complaint.

395.    Paragraph 395 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants acknowledge certain duties are asserted but any breaches have occurred.

396.    Paragraph 396 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 396.

397.    Paragraph 397(A-E) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 397(A-E).

398.    Paragraph 398 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 398.

399.    Paragraph 399 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 399 and, therefore, deny the same.

400.    Paragraph 400 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 400.

401.    Paragraph 401 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC deny the allegations contained in Paragraph 401.

402.    Paragraph 402 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 402.

403.    Paragraph 403(A-E) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 403(A-E).

404.    Paragraph 404 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 404.

405.    Paragraph 405 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 405.

406.    Paragraph 406 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 406 and, therefore, deny the same.

407.    Paragraph 407 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 407 and, therefore, deny the same.

408.    Paragraph 408 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 408 and, therefore, deny the same.

409.    Paragraph 409 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 409 and, therefore, deny the same.

410.    Paragraph 410 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 410 and, therefore, deny the same.

411.    Paragraph 411 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 411 and, therefore, deny the same.

412.    Paragraph 412(A-D) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 412(A-D) and, therefore, deny the same.

413.    Paragraph 413 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 413 and, therefore, deny the same.

414.    Paragraph 414 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 414 and, therefore, deny the same.

## COUNT IV: MR. BRADSHAW'S STATE LAW CLAIMS AGAINST DEFENDANTS NEW MEXICO CORRECTIONS DEPARTMENT, SECRETARY LUCERO, AND JOHN DOES 11-15

415.    In response to Paragraph 415 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

416.    Paragraph 416 requires no response.

417.    Paragraph 417 requires no response.

418.    Paragraph 418 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 418 and, therefore, deny the same.

419.    Paragraph 419 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 419 and, therefore, deny the same.

420.    Paragraph 420 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 420 and, therefore, deny the same.

421.    Paragraph 421(A-E) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 421(A-E) and, therefore, deny the same.

422. Paragraph 422 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 422 and, therefore, deny the same.

423. Paragraph 423 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 423 and, therefore, deny the same.

424. Paragraph 424 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 424.

425. Paragraph 425 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 425 and, therefore, deny the same.

426. Paragraph 426 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 426 and, therefore, deny the same.

427. Paragraph 427(A-E) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 427(A-E) and, therefore, deny the same.

428. Paragraph 428 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 428 and, therefore, deny the same.

429.    Paragraph 429 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 429 and, therefore, deny the same.

430.    Paragraph 430 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 430 and, therefore, deny the same.

431.    Paragraph 431 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 431.

432.    Paragraph 432 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 432 and, therefore, deny the same.

433.    Paragraph 433(A-D) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 433(A-D) and, therefore, deny the same.

434.    Paragraph 434 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants deny the allegations contained in Paragraph 434.

435.    Paragraph 435(A-E) contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 435(A-E) and, therefore, deny the same.

436.    Paragraph 436 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 436 and, therefore, deny the same.

437.    Paragraph 437 contains legal conclusions to which no responses are required. To the extent any responses are required, MTC Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 437 and, therefore, deny the same.

## PRAYER FOR RELIEF

438.    In response to Paragraph 438 of the Complaint, MTC Defendants incorporate and restate their answers and denials in all preceding paragraphs above, as if fully set forth herein.

439.    In response to Paragraph 439, MTC Defendants acknowledge the relief being requested but deny Plaintiff's entitlement to same.

440.    In response to Paragraph 440, MTC Defendants acknowledge the relief being requested but deny Plaintiff's entitlement to same.

441.    In response to Paragraph 441, MTC Defendants acknowledge the relief being requested but deny Plaintiff's entitlement to same.

442.    In response to Paragraph 442, MTC Defendants acknowledge the relief being requested but deny Plaintiff's entitlement to same.

443.    MTC Defendants acknowledge Plaintiff's request for a jury trial set forth in Paragraph 443 of the Complaint.

## GENERAL DENIAL

444.    With respect to any allegations contained in the Complaint which have not been specifically admitted herein, MTC Defendants hereby deny such allegations.

## AFFIRMATIVE DEFENSES

51

1.    Plaintiff's claims for relief and all supporting allegations fail to state a claim upon which relief may be granted.

2.    Plaintiff's losses and damages, if any, were caused in whole or in part by his own conduct, acts, or omissions, or by those of a third party, for which MTC Defendants may not be held liable.

3.    Plaintiff's losses and damages, if any, were caused and were the result of independent, intervening or superseding cause for which MTC Defendants may not be held liable.

4.    Plaintiff's losses and damages, if any, were the result of unrelated, pre-existing, or subsequent conditions unrelated to MTC Defendants' conduct.

5.    To the extent that MTC Defendants are found to be negligent or otherwise at fault, which is specifically denied, then such negligence or fault must be compared to that of other Defendants, the Plaintiff's and others not party to this suit and Plaintiff's damages against MTC Defendants must be reduced to its appropriate percentage of fault.

6.    Plaintiff's claims are barred, in whole or in part, due to Plaintiff's failure to mitigate his alleged damages.

7.    To the extent Plaintiff has suffered damages, those damages were not proximately caused by MTC Defendants.

8.    At all applicable times, MTC Defendants complied with their obligations under law, and acted in good faith, with justification and in a reasonable manner.

9.    MTC Defendants did not violate any legal, statutory or common law duty owed to Plaintiff.

10.    Plaintiff's claim are barred because MTC Defendants are immune from suit.

11.    Plaintiff's claim for punitive damages is barred as a matter of law.

52

12.     The New Mexico Tort Claims Act caps Plaintiff's damages to a specified and limited sum.

13.     MTC Defendants state that they do not know which, if any, additional affirmative defenses may apply as MTC Defendants are without sufficient information to evaluate all possible defenses.  MTC Defendants have neither knowingly nor intentionally waived any applicable affirmative defenses. If MTC Defendants later learn that additional affirmative defenses may apply, MTC Defendants will seek leave to amend their Answer to raise such other affirmative defenses. MTC Defendants specifically reserve the right to assert additional affirmative defenses as discovery progresses.

WHEREFORE, having fully answered the Complaint, MTC Defendants respectfully request that the Complaint be dismissed with prejudice, and for other such relief that the Court deems just and proper.

Respectfully submitted,

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _____
        Christina M. Gooch
        *Attorneys for MTC Defendants*
6100 Uptown Blvd. N.E., Suite 400
P. O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-2500
tmg@sutinfirm.com

53

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2022 I filed the foregoing pleading electronically through the CM/ECF System, which caused counsel of record to be served by electronic means

By: _____

Christina Muscarella Gooch

6321998