**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DAVID LEE BRADSHAW,**

    Plaintiff,

v.                                         Case No. 1:22-CV-00139-MIS-LF

**MANAGEMENT AND TRAINING CORPORATION,**
a foreign corporation doing business in New Mexico, *et al.*,

    Defendants.

<u>**STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**</u>

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 49) filed February 14, 2023. None of the Defendants named in the original Complaint (Doc. 1) filed a response in opposition to the Motion within the 14-day deadline provided by D.N.M. LR-Civ. 7.4(a). Defendants Management and Training Corporation and Warden Martinez filed a Notice Regarding Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 50) on March 2, 2023. Plaintiff's counsel contacted counsel for each Defendant named in the original Complaint to obtain their approval of this Stipulated Order as indicated in the signature blocks below, subject to the condition that this Stipulated Order shall not be construed as a stipulation or admission as to any of the statements and arguments in the Motion for Leave to File First Amended Complaint or any of the First Amended Complaint's claims or allegations by any Defendant, or as a waiver or forfeiture of any issues or arguments raised by any party in the briefing on the pending motions to dismiss (Doc. 13, 16, 38), and all Defendants reserve the right to raise all defenses to the merits of Plaintiff's claims by appropriate motion or pleading in accordance with the Federal Rules of Civil Procedure. Having reviewed the pleadings of record and being fully advised, the Court finds that the motion is unopposed and states good cause for the requested relief, subject to the conditions stated above.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED subject to the conditions stated above, and Plaintiff's First Amended Complaint shall be deemed timely filed *nunc pro tunc* as of February 14, 2023.

SO ORDERED.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**ROTHSTEIN DONATELLI LLP**

 /s/ Arne R. Leonard
ARNE R. LEONARD
CAROLYN M. "CAMMIE" NICHOLS
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
505-243-1443
Fax: 505-242-7845
cmnichols@rothsteinlaw.com
aleonard@rothsteinlaw.com

LINDA G. HEMPHILL
LEIGH MESSERER
Hemphill & Messerer, P.C.
P.O. Box 33136
Santa Fe, New Mexico 87594-3136
505-986-8515
Fax: 505-986-1132
linda@hemphillfirm.com
leigh@hemphillfirm.com

WILLIAM H. SNOWDEN
The Snowden Law Firm PC
3550 Trinity Dr #B-4
Los Alamos, New Mexico 87544-1775
505-695-6183
whsnowden@yahoo.com

*Attorneys for Plaintiff David Lee Bradshaw*

Approved as to form by:

SUTIN, THAYER & BROWNE

A Professional Corporation

By:    *e-mail approval 03-03-2023*
        Christina Muscarella Gooch
        P.O. Box 1945
        Albuquerque, NM 87103
        Telephone: (505) 883-3433
        tmg@sutinfirm.com
        *Attorney for Defendants Management &*
        *Training Corp., Warden R. Martinez, &*
        *Otero   County   Board   of   County*

*Commissioners*

LONG, KOMER & ASSOCIATES, P. A.

*Attorneys for Defendants New Mexico Corrections
Department and Alisha Tafoya Lucero*


 *email approval 03-11-2023*
NANCY R. LONG
JONAS M. NAHOUM
P.O. BOX 5098
Santa Fe, NM 87502-5098
505-982-8405
*nancy@longkomer.com*
*jonas@longkomer.com*
*email@longkomer.com*


NEW MEXICO ASSOCIATION OF COUNTIES

 *email approval 03-13-2023*
BRANDON HUSS
DAVID ROMAN
601 Rio Grande Blvd., NW
Albuquerque, New Mexico 87104
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for Defendant David Black*