**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

      Plaintiff,

v.                                     Civ. No. 1:22-cv-00139 MIS/LF

MANAGEMENT AND TRAINING
CORPORATION, et al.,

      Defendants.

## ORDER ON PENDING MOTIONS TO DISMISS

      THIS MATTER is before the Court on the pending motions to dismiss, specifically ECF Nos. 13 (Defendant David Black's Motion to Dismiss Under Rule 12(b)(6)), 16 (Defendants New Mexico Corrections Department and Secretary Alisha Tafoya Lucero's 12(b)(6) Motion to Dismiss), and 38 (Defendant Otero County Board of County Commissioners' Motion to Dismiss Plaintiff's Complaint). Because the Court has granted Plaintiff's Motion for Leave to File First Amended Complaint pursuant to the parties' stipulation, ECF No. 53, the above-mentioned motions to dismiss based on the original complaint are hereby FOUND AS MOOT. No party shall be prejudiced, as a result of this Order, from filing a new dispositive motion based on the First Amended Complaint.

      IT IS SO ORDERED.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE