UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID LEE BRADSHAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,<br><br>　　　　　　　Defendants. | No. 1:22-cv-00139-MIS-LF |

**ORDER EXTENDING DEADLINE FOR DEFENDANTS WEXFORD HEALTH SOURCES, INC. AND DR. KESHAB PAUDEL TO ANSWER OR OTHERWISE PLEAD**

THIS MATTER is before the Court on Defendant, Wexford Health Sources, Inc.'s ("Wexford"), Motion to extend the deadline to answer or otherwise plead, Doc. 67, and Dr. Keshab Paudel's ("Dr. Paudel") Acceptance of Service, Doc 68. Both documents request that the deadline for Wexford and Dr. Paudel to answer or otherwise plead be set as May 17, 2023. Plaintiff does not oppose the proposed response date.

THE COURT has reviewed Wexford's Motion and Dr. Paudel's Acceptance of Service and FINDS both documents are well taken.

IT IS THEREFORE ORDERED that Wexford and Dr. Paudel may have until May 17, 2023 to answer or otherwise plead.

IT IS SO ORDERED.

_____
THE HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

Submitted By:

DEFENDANTS, WEXFORD HEALTH SOURCES, INC. and DR. KESHAB PAUDEL

By:    *Sandra Byrd*
Sandra L. Byrd
CASSIDAY SCHADE, LLP
222 W. Adams, Suite 2900
Chicago, IL 60606
(312) 641-3100
sbyrd@cassiday.com

--AND—

Approved as to form:

PLAINTIFF

Via email on April 21, 2023

By:    *Arne Leonard*
Arne Leonard
ROTHSTEIN DONATELLI
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443

3

aleonard@rothsteinlaw.com

3