## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID LEE BRADSHAW,<br><br>        Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,<br><br>        Defendants. | No. 1:22-cv-00139-MIS-LF |

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court on the Motion of Wexford Health Sources, Inc. and Keshab Paudel, M.D. for Withdrawal and Substitution of Counsel. The Court, being fully advised, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the law firm of Park

& Associates, LLC is substituted as counsel of record for Wexford Health Sources, Inc. and

Keshab Paudel, M.D., and all further correspondence, notifications and pleadings concerning the

case should be directed to counsel at the following address:

James J. Grubel
Alfred A. Park
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com
apark@parklawnm.com

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the law firm of

Cassiday Schade, LLP is permitted to withdraw as counsel for Wexford Health Sources, Inc. and

Keshab Paudel, M.D.

IT IS SO ORDERED.

_____
The HON. LAURA FASHING
U.S. Magistrate Judge

SUBMITTED BY:

PARK & ASSOCIATES, LLC

By: */s/ James J. Grubel*
James J. Grubel
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
gwhite@parklawnm.com
apark@parklawnm.com
*Counsel for Wexford Health Sources, Inc. and Martin Trujillo, M.D.*

2

APPROVED BY:

CASSIDAY SCHADE LLP

By: *Sandra L Byrd*
Sandra L. Byrd
222 W. Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100

APPROVED AS TO FORM BY:

ROTHSTEIN DONATELLI LLP

By: Arne R. Leonard-email approval 05/09/23
Carey Bhalla
Arne R. Leonard
Carolyn M. "Cammie" Nichols
500 4th Street NW, Ste. 400
Albuquerque, NM 87192
(505) 243-1443
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com
cmnichols@rothsteinlaw.com

*-and-*

Linda G. Hemphill
Leigh Messerer
The Hemphill Firm, PC
PO Box 33136
Santa Fe, NM 87594
505-986-8515
Fax: 505-986-1132
Email: leigh@hemphillfirm.com

*-and-*

**William Herron Snowden**
The Snowden Law Firm,P.C.
935 Alamo Rd

3

Los Alamos, NM 87544
505-695-6183
Email: snowdenlaw@gmail.co
*Counsel for Plaintiff*
SUTIN, THAYER & BROWNE


Christina Muscarella Gooch- email approval 5/9/23
Christina Muscarella Gooch
6100 Uptown Boulevard NE, Ste. 400
Albuquerque, NM 87110
505-883-3433
Fax: 505-855-9520
Email: tmg@sutinfirm.com
*Counsel for Management and Training Corporation and*
*Otero County*


NEW MEXICO ASSOCIATION OF COUNTIES

David Roman- email approval 5/10/23
Brandon Huss
David Roman
444 Galisteo St
Santa Fe, NM 87501
505-820-8116
Fax: 505-338-1173
Email: bhuss@nmcounties.org
*Attorney for Sheriff David Black*

LONG KOMER & ASSOCIATES, PA

Jonas Nahoum-email approval 05/10/23
Nancy Ruth Long
Jonas Nahoum
P.O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
Fax: 505-982-8513
Email: jonas@longkomer.com
Attorney for Alisha Tafoya Lucero