**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

          Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,

          Defendants.

No. 1:22-cv-00139-MIS-LF

**ORDER EXTENDING DEADLINE FOR DEFENDANTS WEXFORD HEALTH SOURCES, INC. AND DR. KESHAB PAUDEL TO ANSWER**

THIS MATTER came before the Court on the Motion of Wexford Health Sources, Inc. and Keshab Paudel, M.D. to extend the deadline to answer to May 24, 2023. Plaintiff does not oppose the motion. The Court, being fully advised, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Wexford and Dr. Paudel may have until May 24, 2023 to answer.

IT IS SO ORDERED.

_____
The HON. LAURA FASHING
U.S. Magistrate Judge

SUBMITTED BY:

PARK & ASSOCIATES, LLC

By: /s/ James J. Grubel
James J. Grubel
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
gwhite@parklawnm.com
apark@parklawnm.com
*Counsel for Wexford Health Sources, Inc. and Dr. Keshab Paudel.*

APPROVED AS TO FORM BY:

ROTHSTEIN DONATELLI LLP

By: Arne R. Leaonard email approval 05/17/23
Carey Bhalla
Arne R. Leonard
Carolyn M. "Cammie" Nichols
500 4th Street NW, Ste. 400
Albuquerque, NM 87192
(505) 243-1443
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com
cmnichols@rothsteinlaw.com

*-and-*

2

Linda G. Hemphill
Leigh Messerer
**THE HEMPHILL FIRM, PC**
PO Box 33136
Santa Fe, NM 87594
505-986-8515
Fax: 505-986-1132
Email: leigh@hemphillfirm.com

*-and-*

William Herron Snowden
**THE SNOWDEN LAW FIRM, P.C.**
935 Alamo Rd
Los Alamos, NM 87544
505-695-6183
Email: snowdenlaw@gmail.co
*Counsel for Plaintiff*
Email: bhuss@nmcounties.org