IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

     Plaintiff,

v.                                   Case No. 1:22-CV-00139-MIS-LF

MANAGEMENT AND TRAINING CORPORATION,
a foreign corporation doing business in New Mexico, *et al.*,

     Defendants.

**STIPULATED ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO EXTEND TIME FOR SERVICE OF PROCESS
ON DEFENDANT MATTHEW L. ROUNSEVILLE, D.O.**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Leave to Extend Time for Service of Process on Defendant Matthew L. Rounseville, D.O. (Doc. 83) filed June 1, 2023. Having reviewed the pleadings of record and being fully advised, the Court finds that the motion is unopposed and states good cause for the requested relief.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave to Extend Time for Service of Process on Defendant Matthew L. Rounseville, D.O. (Doc. 83) is GRANTED, and the time for Plaintiff to serve Defendant Rounseville with the First Amended Complaint is extended for an additional ninety (90) days until September 16, 2023.

SO ORDERED.

_____
HONORABLE LAURA FASHING
United States Magistrate Judge

Respectfully submitted by:

**ROTHSTEIN DONATELLI LLP**

 /s/ Arne R. Leonard
ARNE R. LEONARD
CAROLYN M. "CAMMIE" NICHOLS
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
505-243-1443
Fax: 505-242-7845
cmnichols@rothsteinlaw.com
aleonard@rothsteinlaw.com

*Attorneys for Plaintiff David Lee Bradshaw*

Approved by:

SUTIN, THAYER & BROWNE

A Professional Corporation

By:    *email approval 05-31-2023*
       Christina Muscarella Gooch
       P.O. Box 1945
       Albuquerque, NM 87103
       Telephone: (505) 883-3433
       tmg@sutinfirm.com
       *Attorney for Defendants Management &*
       *Training Corp., Warden R. Martinez, Robert*
       *Ochoa, Richard Ayala, David Jaquez, Jose*
       *Olague, and Otero County Board of County*
       *Commissioners*

LONG, KOMER & ASSOCIATES, P. A.

*Attorneys for Defendants New Mexico Corrections Department and Alisha Tafoya Lucero*


 *e-mail approval 06-01-2013*
NANCY R. LONG
JONAS M. NAHOUM
P.O. BOX 5098
Santa Fe, NM 87502-5098
505-982-8405
*nancy@longkomer.com*
*jonas@longkomer.com*
*email@longkomer.com*


NEW MEXICO ASSOCIATION OF COUNTIES

 *e-mail approval 06-01-2013*
BRANDON HUSS
DAVID ROMAN
601 Rio Grande Blvd., NW
Albuquerque, New Mexico 87104
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for Defendant David Black*


PARK & ASSOCIATES, LLC

 *telephonic approval 05-31-2023*
James J. Grubel
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com
*Counsel for Defendants Wexford Health Sources, Inc. and Keshab Paudel, M.D.*