IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

                Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,

                Defendants.

No. 1:22-cv-00139-MIS-LF

## ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE

At the request of the parties, IT IS HEREBY ORDERED that a discovery conference will be held by telephone on **Thursday, August 24, 2023**, at **2:30 p.m.** Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.

Laura Fashing
United States Magistrate Judge