**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DAVID LEE BRADSHAW,**

     Plaintiff,

v.                                                                                      Case No. 1:22-CV-00139-MIS-LF

**MANAGEMENT AND TRAINING CORPORATION,**
a foreign corporation doing business in New Mexico, *et al.*,

     Defendants.

<u>**PLAINTIFF'S UNOPPOSED MOTION FOR LIMITED EARLY DISCOVERY,**
**PROTECTIVE ORDER, AND FURTHER EXTENSION OF TIME FOR**
**SERVICE OF PROCESS ON DEFENDANT MATTHEW L. ROUNSEVILLE, D.O.**</u>

COMES NOW Plaintiff David Bradshaw, through undersigned counsel, and moves for limited early discovery regarding the whereabouts, capacity, and potential need for a guardian ad litem for Defendant Matthew L. Rounseville, D.O., a protective order designating the results of such limited discovery confidential, and a further extension of the time for service of process on Defendant Rounseville for an additional ninety (90) days ending December 15, 2023, as set forth in the proposed order submitted concurrently herewith. Plaintiff's counsel has contacted counsel for all Defendants who have already been served in this matter, and none of them oppose the relief requested in this unopposed Motion, with the understanding and agreement that neither their position on this motion nor the relief requested herein are to be construed as a waiver of any immunities or defenses they have asserted or may assert in response to Plaintiff's claims in this matter. As grounds for this Motion, Plaintiff states the following:

1.     The status of service on each of the other Defendants, as well as the procedures to be employed when there are questions about a defendant's capacity to be served, are as stated in Plaintiff's Unopposed Motion to Extend Time for Service on Defendant Rounseville (Doc. 83) filed June 1, 2023.

2.      Plaintiff's counsel explained the current status of efforts to serve Defendant Rounseville and the proposed procedures for conducting limited discovery on the subjects identified in this Motion at an informal telephone conference before the Honorable Laura Fashing, United States Magistrate Judge, on August 24, 2023, which was attended by counsel of record for all Defendants who have already been served in this matter. (Doc. 87.)

WHEREFORE, for the reasons stated at the August 24 telephone conference, Plaintiff respectfully moves this Court for an order granting the following relief, per the proposed order submitted concurrently herewith:

A.      A further ninety (90) day extension of time until December 15, 2023, in which to serve Defendant Rounseville for good cause shown under Fed. R. Civ. P. 4(m);

B.      A binding stipulation among the parties that neither Defendants' position on this Motion nor any of the relief granted in the proposed order submitted concurrently herewith are to be construed as a waiver of any immunities or defenses they have asserted or may assert in response to Plaintiff's claims in this matter;

C.      Early discovery under Fed. R. Civ. P. 26(d) that is:

i.      limited to the issues of Defendant Rounseville's current whereabouts, capacity to be served and participate in this litigation, and potential need for a guardian ad litem,

ii.      limited to no more than three (3) subpoenas duces tecum under Fed. R. Civ. P. 45 directed to non-parties and no more than three (3) depositions under Fed. R. Civ. P. 31(a)(2)(A)(iii) directed to non-parties, to be served and taken in accordance with the Federal Rules of Civil Procedure, and

iii.      to be completed by no later than December 15, 2023;

D.      A protective order under Fed. R. Civ. P. 26(c) and the *Guidelines for Proposed Protective Orders Submitted to Judge Fashing* posted on the Court's chambers webpage, which designates

2

all the limited discovery conducted pursuant to Paragraph C above as confidential and not subject to disclosure except as specifically provided in the proposed order submitted concurrently herewith.

Respectfully submitted:

**ROTHSTEIN DONATELLI LLP**

 */s/ Arne R. Leonard*
CAROLYN M. "CAMMIE" NICHOLS
CAREY BHALLA
ARNE R. LEONARD
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com

*Counsel for Plaintiff David Bradshaw*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 */s/ Arne R. Leonard*
ROTHSTEIN DONATELLI LLP

3