IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DAVID LEE BRADSHAW,

    Plaintiff,

v.                                          1:22-CV-00139-JHR-LF

MANAGEMENT AND TRAINING CORPORATION,
a foreign corporation doing business in New Mexico, *et al.*,

    Defendants.


**ORDER PERMITTING WITHDRAWAL OF COUNSEL**

    The Court, having before it the Unopposed Motion to Withdraw of Leigh Messerer, Esq. and noting Plaintiff David Lee Bradshaw will continue to be represented by counsel of record in this matter, finds the motion is well taken.

    IT IS THEREFORE ORDERED that Leigh Messerer, Esq. is withdrawn as counsel for Plaintiff David Lee Bradshaw.


_____
THE HONORABLE LAURA FASHING
U.S. MAGISTRATE JUDGE

Submitted by:

HEMPHILL & MESSERER, P.C.

_/s/ Leigh Messerer_
Linda G. Hemphill, Esq.
Leigh Messerer, Esq.
P.O. Box 33136
Santa Fe, New Mexico 87594
(505) 986-8515
linda@hemphillfirm.com
leigh@hemphillfirm.com

and

ROTHSTEIN DONATELLI LLP
Arne R. Leonard, Esq.
Carey C. Bhalla, Esq.
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
aleonard@rothsteinlaw.com
cbhalla@rothsteinlaw.com

and

THE SNOWDEN LAW FIRM, P.C.
William H. Snowden, Esq.
3550 Trinity Dr #B-4
Los Alamos, New Mexico 87544-1775
505-695-6183
whsnowden@yahoo.com

_Attorneys for Plaintiff_


Approved as to form:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _Approved via email 11/9/23_
Christina Muscarella Gooch, Esq.
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433

2

tmg@sutinfirm.com

*Attorney for Defendants Management & Training Corp.,*
*Warden R. Martinez, Robert Ochoa, Richard Ayala, David Jaquez,*
*Jose Olague, and Otero County Board of County Commissioners*

and

LONG, KOMER & ASSOCIATES, P. A.

By: *approved via email 11/9/23*
Nancy R. Long, Esq.
Jonas M. Nahoum, Esq.
P.O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
nancy@longkomer.com
jonas@longkomer.com

*Attorneys for Defendants New Mexico Corrections Department and*
*Alisha Tafoya Lucero*

and

NEW MEXICO ASSOCIATION OF COUNTIES

By:  *Approved via email 11/9/23*
Brandon Huss, Esq.
David Roman, Esq.
601 Rio Grande Blvd., NW
Albuquerque, New Mexico 87104
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org

*Attorneys for Defendant David Black*

and

PARK & ASSOCIATES, LLC

By: *approved via email 11/9/23*
James J. Grubel, Esq.
Alfred A. Park, Esq.

3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
 jgrubel@parklawnm.com

*Attorneys for Defendants Wexford Health Sources, Inc.*