IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

     Plaintiff,

v.                                         Case No. 1:22-CV-00139-MIS-LF

MANAGEMENT AND TRAINING CORPORATION,
a foreign corporation doing business in New Mexico, *et al.*,

     Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR SUBSTITUTION OF DEFENDANT MATTHEW L. ROUNSEVILLE, D.O.'S
SUCCESSOR OR REPRESENTATIVE, AND FURTHER EXTENSION OF TIME FOR
<u>SERVICE OF PROCESS</u>**

THIS MATTER comes before the Court on Plaintiff's Motion for Substitution of Defendant Matthew L. Rounseville, D.O.'s Successor or Representative, and Further Extension of Time for Service of Process (Doc. 94) filed December 4, 2023. Having reviewed the pleadings of record and being fully advised, the Court finds that the motion states good cause for the requested relief and is unopposed by the Defendants whose approval is noted below. The Court further finds that no timely response in opposition to the motion has been filed, and that Defendants Wexford Health Sources, Inc. and Keshab Paudel, M.D. have taken no position on it.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Substitution of Defendant Matthew L. Rounseville, D.O.'s Successor or Representative, and Further Extension of Time for Service of Process (Doc. 94) is GRANTED as follows:

1.     Defendant Rounseville's successor or representative shall be substituted for Defendant Rounseville under Rule 25(a) upon proper notice of who is serving as his successor or representative and, if necessary, a hearing to determine the appropriate successor or representative;

2.      The time for substitution and service of process on Defendant Rounseville's successor or representative under Rules 4(m) and 25(a) is extended an additional ninety (90) days until March 15, 2023;

3.      Neither Defendants' position on Plaintiff's Motion nor any of the relief granted in this Order are to be construed as a waiver of any immunities or defenses they have asserted or may assert in response to Plaintiff's claims in this matter.

        SO ORDERED.

_____
HONORABLE LAURA FASHING
United States Magistrate Judge


Respectfully submitted by:

**ROTHSTEIN DONATELLI LLP**

 _/s/ Arne R. Leonard_
ARNE R. LEONARD
CAROLYN M. "CAMMIE" NICHOLS
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
505-243-1443
Fax: 505-242-7845
cmnichols@rothsteinlaw.com
aleonard@rothsteinlaw.com

*Attorneys for Plaintiff David Lee Bradshaw*

Approved by:

SUTIN, THAYER & BROWNE

A Professional Corporation


By:    *e-mail approval 12-04-2023*

Christina Muscarella Gooch
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433
tmg@sutinfirm.com
*Attorney for Defendants Management & Training
Corp., Warden R. Martinez, Robert Ochoa, Richard
Ayala, David Jaquez, Jose Olague, and Otero
County Board of County Commissioners*


LONG, KOMER & ASSOCIATES, P. A.

*Attorneys for Defendants New Mexico Corrections
Department and Alisha Tafoya Lucero*

*e-mail approval 12-04-2023*

NANCY R. LONG
JONAS M. NAHOUM
P.O. BOX 5098
Santa Fe, NM 87502-5098
505-982-8405
*nancy@longkomer.com*
*jonas@longkomer.com*
*email@longkomer.com*