IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

        Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,

        Defendants.

No. 1:22-cv-00139-MIS-LF

## **INITIAL SCHEDULING ORDER**

This case is assigned to me for scheduling, case management, discovery, and other non-dispositive motions. The Federal Rules of Civil Procedure and the Court's Local Rules of Civil Procedure will apply to this lawsuit.

The parties, appearing through counsel or *pro se*, will "meet and confer" no later than **Thursday, May 16, 2024,** to formulate a provisional discovery plan.  FED. R. CIV. P. 26(f).  The time allowed for discovery is generally 120 to 150 days.  The parties will cooperate in preparing a Joint Status Report and Provisional Discovery Plan ("JSR").  Please visit the Court's website, www.nmd.uscourts.gov, to download the standardized Joint Status Report and Provisional Discovery Plan form.  The blanks for suggested/proposed dates are to be filled in by the parties.  Actual dates will be promulgated by order of the Court shortly after the Rule 16 scheduling conference.  Plaintiff, or defendant in removed cases, is responsible for filing the JSR by **Thursday, May 16, 2024.**

Good cause must be shown and the Court's express and written approval obtained for any modification of the dates in the scheduling order that issue from the JSR.

Initial disclosures under FED. R. CIV. P. 26(a)(1) shall be made within fourteen (14) days of the meet-and-confer session.

A Rule 16 scheduling conference will be conducted by telephone on **Thursday, May 30, 2024, at 2:30 p.m.  Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.**

At the Rule 16 scheduling conference, counsel should be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[1] hearing is needed, initial disclosures, and the time of expert disclosures and reports under FED. R. CIV. P. 26(a)(2).  We also will discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.  All parties should review the Court's webpage at:

_____

[1] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U. S. 579 (1993).

https://www.nmd.uscourts.gov/content/honorable-laura-fashing, particularly noting the

Procedures Tab and linked Guidelines for Proposed Protective Orders and Phone Conferences (to

resolve minor discovery matters).

Plaintiff shall serve a copy of this order on any parties that have been served but have not

yet entered an appearance and shall file a certificate of service with the Court documenting such

service.  Plaintiff shall serve a copy of this order on any parties not yet served along with the

summons and complaint.

_____

Laura Fashing
United States Magistrate Judge