**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

        Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MATTHEW L. ROUNSEVILLE, D.O., as employees or agents of Wexford Health Sources, Inc.,

        Defendants.

No. 1:22-cv-00139-MIS-LF

**ORDER AMENDING CAPTION**

THIS MATTER came before the Court on the Motion [Doc. 106] of Michelle Lalley Blake, as Special Administrator of the Estate of Matthew L. Rounseville, to amend the caption to better reflect the parties herein. The Court, being fully advised, and noting that the motion is unopposed, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Court Clerk shall amended the caption herein to substitute "Michelle Lalley Blake as Special Administrator of the Estate of Matthew L. Rounseville" for the currently named defendant "Matthew L. Rounseville, D.O."

IT IS SO ORDERED.

_____
The HON. LAURA FASHING
U.S. Magistrate Judge


SUBMITTED BY:

PARK & ASSOCIATES, LLC

By: _/s/ James J. Grubel_
James J. Grubel
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
gwhite@parklawnm.com
apark@parklawnm.com
*Counsel for Wexford Health Sources, Inc.*
*Dr. Keshab Paudel, Michelle Lalley Blake,*
*As Special Administrator of the Estate of Matthew*
*L. Rounseville, and NMCD.*


APPROVED AS TO FORM BY:

ROTHSTEIN DONATELLI LLP

By: _Arne R. Leonard_ email approval 4/16/24
Carey Bhalla
Arne R. Leonard
Carolyn M. "Cammie" Nichols
500 4th Street NW, Ste. 400
Albuquerque, NM 87192

2

(505) 243-1443
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com
cmnichols@rothsteinlaw.com

*-and-*

Linda G. Hemphill
Leigh Messerer
**THE HEMPHILL FIRM, PC**
PO Box 33136
Santa Fe, NM 87594
505-986-8515
Fax: 505-986-1132
Email: leigh@hemphillfirm.com

*-and-*

William Herron Snowden
**THE SNOWDEN LAW FIRM, P.C.**
935 Alamo Rd
Los Alamos, NM 87544
505-695-6183
Email: snowdenlaw@gmail.co
*Counsel for Plaintiff*

SUTIN, THAYER & BROWNE


*Christina Muscarella Gooch* email approval 4/16/24
Christina Muscarella Gooch
6100 Uptown Boulevard NE, Ste. 400
Albuquerque, NM 87110
505-883-3433
Fax: 505-855-9520
Email: tmg@sutinfirm.com
*Counsel for Management and Training Corporation and Otero County*