IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

    Plaintiff,

v.                                                                    Case No.  1:22-CV-00139-MIS-LF

MANAGEMENT AND TRAINING CORPORATION,
a foreign corporation doing business in New Mexico, *et al.*,

    Defendants.

### STIPULATED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL

THIS MATTER came before the Court on Defendant Management and Training Corporation's Unopposed Motion to Extend Deadline to File Motion to Compel, and having considered the Motion, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant Management and Training Corporation's deadline to file a motion to compel relating to Plaintiff's Responses to Defendant Management & Training Corporation's First Set of Interrogatories and Requests for Production of Documents shall be extended until October 29, 2024.

IT IS SO ORDERED.

_____
HON. LAURA FASHING
United States Magistrate Judge

Submitted by:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _____
        Christina Muscarella Gooch
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433
tmg@sutinfirm.com
*Attorneys for Defendants Management & Training Corp., Warden R. Martinez, R. Ochoa, R. Ayala, D. Jaquez, and J. Olague*

Approved by:

ROTHSTEIN DONATELLI LLP

By: ___*approved via email 9/17/2024*_____
        Carolyn M. "Cammie" Nichols
        Carey Bhalla
        Arne R. Leonard
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com

Linda G. Hemphill, Esq.
THE HEMPHILL FIRM, P.C.
P.O. Box 33136
Santa Fe, New Mexico 87594
(505) 986-8515
Linda@hemphillfirm.com

William H. Snowden
THE SNOWDEN LAW FIRM PC
3550 Trinity Dr #B-4
Los Alamos, New Mexico 87544-1775
505-695-6183
whsnowden@yahoo.com
*Attorneys for Plaintiff David Lee Bradshaw*

*7232170*

2