**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

        Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MICHELLE LALLEY BLAKE as Special Administrator of the Estate of MATTHEW L. ROUNSEVILLE., as employees or agents of Wexford Health Sources, Inc.,

        Defendants.

No. 1:22-cv-00139-MIS-LF

**ORDER EXTENDING EXPERT DISCLOSURE DEADLINES**

THIS MATTER came before the Court on the Motion of Wexford Health Sources, Inc. Keshab Paudel, and Michelle Lalley Blake, as Special Administrator for the Estate of Matthew Rounseville's Unopposed Motion to Extend Expert Deadlines [Doc 134]. The Court, being fully advised, noting that it is unopposed, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's expert disclosure deadline is reset to April 30, 2025,  and Defendants' expert disclosure is reset to May 30, 2025.  All other deadlines are unchanged.

IT IS SO ORDERED.


Laura Fashing
United States Magistrate Judge


SUBMITTED BY:

**PARK & ASSOCIATES, LLC**

By: */s/ James J. Grubel*
James J. Grubel
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
gwhite@parklawnm.com
apark@parklawnm.com
*Counsel for Wexford Health Sources, Inc.*
*Michelle Blake, and Keshab Paudel, M.D*
*and NMDOT.*
jgrubel@parklawnm.com

APPROVED AS TO FORM BY:

**ROTHSTEIN DONATELLI LLP**

By: /s/ Alejandro Alvarez email approval
Carey Bhalla
Alejandro Alvarado
Carolyn M. "Cammie" Nichols
500 4th Street NW, Ste. 400
Albuquerque, NM 87192
(505) 243-1443
*Counsel for Plaintiff*
cbhalla@rothsteinlaw.com

2

aalvarado@rothsteinlaw.com
**SUTIN, THAYER & BROWNE APC**


Christina Muscarella Gooch- email approval
Christina Muscarella Gooch
6100 Uptown Boulevard NE, Ste. 400
Albuquerque, NM 87110
505-883-3433
*Counsel for Management and Training Corporation and
Otero County*
 tmg@sutinfirm.com

3