**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DAVID LEE BRADSHAW**,

     Plaintiff,

v.                                                                          Case No.  1:22-CV-00139-SMD-LF

**MANAGEMENT AND TRAINING CORPORATION**,
a foreign corporation doing business in New Mexico, *et al*.,

     Defendants.

**STIPULATED MOTION FOR PROTECTIVE ORDER**

The Parties, through their undersigned counsel of record, respectfully move this Court, pursuant to Fed. R. Civ. P. 26, for entry of the attached Stipulated Protective Order limiting the use and disposition of certain information and documents. Discovery in this action may yield documents and information of a sensitive and confidential nature, including business, commercial, financial, and trade secret information. Further, some of the documents and information, including medical and personal records, may also contain sensitive and confidential information. As a result, the parties have agreed to the attached proposed Stipulated Protective Order and request that the Court enter it in this case.

Pursuant to Local Civil Rule 7.2, this joint motion is accompanied by a proposed Stipulated Protective Order, attached as Exhibit A, outlining the scope of the protective order and limiting the disclosure, use, and dissemination of confidential information.

Submitted by:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _____
        Christina Muscarella Gooch
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433
tmg@sutinfirm.com
*Attorneys for Defendants Management &*
*Training Corp.*

Approved by:

ROTHSTEIN DONATELLI LLP

By: _*/s/ Carey Bahalla*_____
        Carolyn M. "Cammie" Nichols
        Carey Bhalla
        Alejandro Alvarado
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aalvarado@rothsteinlaw.com

Linda G. Hemphill, Esq.
THE HEMPHILL FIRM, P.C.
P.O. Box 33136
Santa Fe, New Mexico 87594
(505) 986-8515
linda@hemphillfirm.com

William H. Snowden
THE SNOWDEN LAW FIRM PC
3550 Trinity Dr #B-4
Los Alamos, New Mexico 87544-1775
505-695-6183
whsnowden@yahoo.com
*Attorneys for Plaintiff David Lee Bradshaw*

PARK & ASSOCIATES, LLC

By: _____*/s/ James Grubel*_____
        James J. Grubel
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com
*Counsel for Wexford Health Sources, Inc.*
*Dr. Keshab Paudel, A. Tafoya Lucero,*
*Michelle Lalley Blake, as Special*
*Administrator of the Estate of Matthew L.*
*Rounseville, and NMCD*

2