IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

     Plaintiff,

vs.                                                                                    1:22-cv-00139-SMD-LF

MANAGEMENT AND TRAINING
CORPORATION, et al.,

     Defendants.

### **ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

Plaintiff reached a negotiated resolution with respect to the Management and Training Corporation Defendants (MTC Defendants) only.  IT IS THEREFORE ORDERED that closing documents with respect to the MTC Defendants must be filed no later than **Thursday, April 24, 2025**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge