IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

        Plaintiff,

v.

                                         No. 1:22-cv-00139-MIS-LF

MANAGEMENT AND TRAINING
CORPORATION, *et al.*

        Defendants.

## **ORDER**

THIS MATTER is before the Court on the unopposed motion of defendants Wexford Health Sources, Inc., Keshab Paudel, and Michelle Lalley Blake, as Special Administrator for the Estate of Matthew Rounseville, to extend pretrial deadlines.  Doc. 148.  The motion is GRANTED.  Plaintiff's expert disclosure deadline is extended to **June 30, 2025**, and Defendants' expert disclosure deadline is extended to **July 30, 2025**.  The discovery deadline is extended to **September 30, 2025**, and motions related to discovery shall be filed by **October 30, 2025**.  Pretrial motions other than discovery motions shall be filed by **November 7, 2025**.

    IT IS SO ORDERED.


_____
Laura Fashing
United States Magistrate Judge