# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

      Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, a foreign corporation doing business in New Mexico, RICARDO MARTINEZ, as Warden of the Otero County Prison Facility, ROBERT OCHOA, RICHARD AYALA, DAVID JAQUEZ, JOSE OLAGUE, AND JOHN DOES 1-5, as employees or agents of Management and Training Corporation, OTERO COUNTY BOARD OF COUNTY COMMISSIONERS, DAVID BLACK, as Otero County Sheriff, JOHN DOES 6-10 as public employees of Otero County, NEW MEXICO CORRECTIONS DEPARTMENT, ALISHA TAFOYA LUCERO, as Secretary of the New Mexico Corrections Department, JOHN DOES 11-15, as public employees of the New Mexico Corrections Department, WEXFORD HEALTH SOURCES, INC., a foreign for-profit corporation doing business in New Mexico, KESHAB PAUDEL, M.D., and MICHELLE LALEY BLAKE as Special Administrator of the Estate of MATTHEW L. ROUNSEVILLE, as employees or agents of Wexford Health Sources, Inc.,

      Defendants.

No. 1:22-cv-00139-SMD-LF

## STIPULATED ORDER DISMISSING CLAIMS AGAINST MTC DEFENDANTS WITH PREJUDICE

THIS MATTER came before this Court on Plaintiff's Unopposed Motion to Dismiss Claims Against MTC Defendants with Prejudice (Doc. No. 152). This Court reviewed the Motion and considered that all parties to this litigation do not oppose the Motion. Accordingly, the Court

finds that Plaintiff's Unopposed Motion to Dismiss Claims Against MTC Defendants with Prejudice is well-taken and is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims raised by Plaintiff against Defendants Management & Training Corporation, Ricardo Martinez, Robert Ochoa, Richard Ayala, David Jaquez, Jose Olague, and John Does 1-5 in the above-captioned cause of action are hereby DISMISSED WITH PREJUDICE.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2