IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEE BRADSHAW,

      Plaintiff,

v.                                                                              No. 1:22-cv-00139-SMD-LF

MANAGEMENT AND TRAINING
CORPORATION, *et al.*

      Defendants.

## <u>ORDER</u>

THIS MATTER is before this Court on Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines. Doc. 155. The Motion is GRANTED. Plaintiff's expert disclosure deadline is extended to July 30, 2025, and Defendants' expert disclosure deadline is extended to August 30, 2025. All remaining deadlines set forth in Doc. 149 remain the same.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge