**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

      Plaintiff,

v.                                                                    No. 1:22-cv-00139-SMD-LF

MANAGEMENT AND TRAINING
CORPORATION, *et al.*

      Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
<u>MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES</u>**

THIS MATTER is before this Court on Plaintiff's Unopposed Motion to Extend Expert

Disclosure Deadlines (Doc. 159). The Motion is GRANTED. Plaintiff's expert disclosure deadline

is extended to August 13, 2025.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge

Respectfully submitted by:

**ROTHSTEIN DONATELLI LLP**

*/s/ Alejandro Alvarado*
CAROLYN M. "CAMMIE" NICHOLS
CAREY C. BHALLA
ALEJANDRO ALVARADO
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aalvarado@rothsteinlaw.com

LINDA G. HEMPHILL
THE HEMPHILL FIRM, P.C.
P.O. Box 33136
Santa Fe, NM 87594
(505) 986-8515
linda@hemphillfirm.com

*and*

WILLIAM H. SNOWDEN
THE SNOWDEN LAW FIRM P.C.
935 Alamo Rd.
Los Alamos, NM 87544
(505) 695-6183
snowdenlaw@gmail.com

*Attorneys for Plaintiff*

Agreed to and approved by:

*Approved via email on 07/11/2025*
James J. Grubel
Alfred A. Park
Park & Associates, LLC
3840 Masthead St. NE
Albuquerque, NM 87109
505-246-2805
jgrubel@parklawnm.com
apark@parklawnm.com

*Attorneys for Wexford & NMCD Defendants*

2