**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID LEE BRADSHAW,

      Plaintiff,

v.                                                              No. 1:22-cv-00139-SMD-LF

MANAGEMENT AND TRAINING
CORPORATION, *et al.*

      Defendants.

**ORDER GRANTING**
**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

THIS MATTER is before this Court on the parties' Joint Motion to Extend Pretrial Deadlines (ECF No. 165). The Motion is GRANTED. Plaintiff's expert disclosure deadline is extended to September 30, 2025. Defendants' expert disclosure deadline is extended to October 7, 2025.

The current discovery deadline, discovery motions deadline, and dispositive motions deadline are vacated. New deadlines will be set promptly following the September 3, 2025 settlement conference, if the parties do not reach a settlement.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge

Respectfully submitted by:

**ROTHSTEIN DONATELLI LLP**

*/s/ Alejandro Alvarado*
CAROLYN M. "CAMMIE" NICHOLS
CAREY C. BHALLA
ALEJANDRO ALVARADO
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aalvarado@rothsteinlaw.com

LINDA G. HEMPHILL
THE HEMPHILL FIRM, P.C.
P.O. Box 33136
Santa Fe, NM 87594
(505) 986-8515
linda@hemphillfirm.com

WILLIAM H. SNOWDEN
THE SNOWDEN LAW FIRM P.C.
935 Alamo Rd.
Los Alamos, NM 87544
(505) 695-6183
snowdenlaw@gmail.com

*Attorneys for Plaintiff*

*and*

*/s/ James J. Grubel*
James J. Grubel
Alfred A. Park
Park & Associates, LLC
3840 Masthead St. NE
Albuquerque, NM 87109
505-246-2805
jgrubel@parklawnm.com
apark@parklawnm.com

*Attorneys for Wexford & NMCD Defendants*

2