**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DAVID LEE BRADSHAW,**

      **Plaintiff,**

**v.**                                      **No. 1:22-cv-00139-SMD-LF**

**NEW MEXICO CORRECTIONS**
**DEPARTMENT,** *et al.*,

      **Defendants.**

## <u>ORDER ON JOINT MOTIONS TO DISMISS</u>

THIS MATTER is before the Court on the Joint Motion to Dismiss With Prejudice Keshab Paudel, M.D. (Doc. 170), and the Joint Motion to Dismiss With Prejudice Wexford Health Sources, LLC, Michelle Lalley Blake, as Special Administrator for the Estate of Matthew Rounseville, and New Mexico Corrections Department (Doc. 171), signed by all parties remaining in the case.  The parties request dismissal with prejudice of Defendants Keshab Paudel, Wexford Health Sources, Michelle Lalley Blake, and New Mexico Corrections Department, with each party to bear its own costs and fees.

"Under Rule 41(a)(1)(A)(ii), a plaintiff can voluntarily dismiss a case 'by filing…a stipulation of dismissal signed by all parties who have appeared.'"  *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011).  "A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits."  *Id.*

Accordingly, the Joint Motion to Dismiss With Prejudice Keshab Paudel, M.D. (Doc. 170) is GRANTED; the Joint Motion to Dismiss With Prejudice Wexford Health Sources, LLC,

2

Michelle Lalley Blake, as Special Administrator for the Estate of Matthew Rounseville, and New

Mexico Corrections Department (Doc. 171) is GRANTED; and

It is ORDERED that this case is now CLOSED.

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**